**Motion GRANTED AND Order filed October 30, 2018.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-18-00892-CV**

_____

**IN RE FEDD WIRELESS LLC., FEDD HOLDINGS LLC., WILLIAM C. DALEY TRUST, ET AL., Relators**

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
189th District Court
Harris County, Texas
Trial Court Cause No. 2014-54156**

## ORDER

On October 16, 2018, relators Fedd Wireless LLC., Fedd Holdings LLC., William C. Daley Trust, Sarah Hughes Daley Trust, Michael W. Murphy Trust 1972, *et al.* filed a motion for leave to file an unredacted petition for writ of mandamus and a sealed mandamus record.

We grant the motion in part. We **ORDER** that relators are granted leave to file by November 1, 2018, their unredacted petition for writ of mandamus and sealed mandamus record for *in camera* review by delivering a copy to the court on a flash drive or CD that complies with Rule of Appellate Procedure 9.4(j). These materials will not will not be posted on the court's website and will not be publicly available.

PER CURIAM

Panel consists of Justices Donovan, Wise, and Jewell.